**Opinion issued November 20, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00501-CV

———————————

## IN RE SUN COAST RESOURCES, INC. AND ALBERTO ACOSTA, JR., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

In this original proceeding, relators Sun Coast Resources, Inc. and Alberto

Acosta, Jr. challenge orders sustaining privileges and objections to discovery.[*] Two

---

[*] The underlying case is *Hazael Ruiz and Abigail Ruiz v. Sun Coast Resources, Inc., Rush Truck Leasing, Inc., and Alberto Acosta, Jr.*, cause number 2016-63144, pending in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.

challenged orders, issued in December 2017 and April 2018, subsequently have been withdrawn by the trial court.

We conclude that this original proceeding is now moot. Any pending motions are also dismissed as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.